Rel: October 10, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2025-2026

SC-2025-0021

TLW Alabama Properties, LLC v. Fairhope Motorcoach Resort Condominium Owners Association, Inc. (Appeal from Baldwin Circuit Court: CV-22-900175).

McCOOL, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, and Mendheim, JJ., concur.